| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, # 179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | ERIKA MARTIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE No. 2:18-PO-00008-KJN |
|---|---|
| | )             2:18-PO-00009-KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) WAIVER OF DEFENDANT'S PRESENCE |
| ERIKA MARTIN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ERIKA MARTIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all

Waiver of Appearance           -1-

times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 2, 2018

    /s/ Erika Martin
(Defendant) ERIKA MARTIN
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: March 15, 2018

*/s/ Linda C. Allison*

LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE